IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Case No. 23-33644-BFK |
| **DEBRA JEAN WALKER,** | Chapter 13 |
| Debtor | |

Address:   631 Hall Road
           La Crosse, VA 23950

Last four digits of SSN:   xxx-xx-5218

**NOTICE OF MOTION FOR AUTHORITY TO INCUR DEBT
SECURED BY PERSONAL PROPERTY**

The above named Debtor has filed a Motion for Authority to Incur Debt Secured by Personal Property in this bankruptcy case.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE MOVING PARTY WITHIN 21 DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WTHOUT FURTHER NOTICE OR HEARING.**

- The written response in opposition to this motion must be filed with the clerk of court at the address shown below. If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street,  Suite 4000
> Richmond, VA 23219-3515

Laura T. Alridge (VSB #42549)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, VA 23230-1588
Telephone: (804) 358-9900
Counsel for Debtor

- You must also send a copy to:

    Boleman Law Firm, P.C.
    P. O. Box 11588
    Richmond, VA 23230-1588

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully submitted,

DEBRA JEAN WALKER

By Counsel:

/s/ Laura T. Alridge
Laura T. Alridge (VSB #42549)
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone: (804) 358-9900
Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on March 12, 2025, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties of interest in the mailing matrix attached hereto.

/s/ Laura T. Alridge
Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:  
**DEBRA JEAN WALKER,**  
   Debtor.

Case No. 23-33644-BFK  
Chapter 13

**MOTION FOR AUTHORITY TO INCUR DEBT
SECURED BY PERSONAL PROPERTY**

COMES NOW, Debra Jean Walker (the "Debtor"), by counsel, and files this Motion for Authority to Incur Debt Secured by Personal Property, pursuant to 11 U.S.C. §§ 364(a) and 1304(b), Federal Rules of Bankruptcy Procedure 4001(c) and 9014, and Local Bankruptcy Rule 9013-1.  In support thereof, Debtor respectfully states the following:

1.    Jurisdiction of this Court over the instant matter is based upon 28 U.S.C. §§ 1334 and 157 in that this action arises in and relates to Debtor's bankruptcy.

2.    This proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (B), (K), and (O).

3.    Venue is proper pursuant to 28 U.S.C. § 1409.

4.    On October 20, 2023, the Debtor filed a voluntary petition under Chapter 13 of the U.S. Bankruptcy Code.

5.    Carl M. Bates, Esquire is the Trustee of the Debtor's Chapter 13 bankruptcy estate (the "Trustee").

6.    The Debtor's Chapter 13 Plan, filed on October 23, 2023 (the "Plan"), has been confirmed by the Court.  The confirmed Plan requires the Debtor to make the following payments to the Trustee: $320.00 monthly for 60 months for a total funding of $19,200.00.

Laura T. Alridge (VSB #42549)  
Boleman Law Firm, P.C.  
P. O. Box 11588  
Richmond, VA 23230-1588  
Telephone: (804) 358-9900  
Counsel for Debtor

7. It has recently become necessary for the Debtor to purchase a vehicle. The previous vehicle listed in the bankruptcy schedules is no longer operational. The Debtor needs a reliable vehicle to travel to and from work and conduct personal business.

8. Debtor does not have funds on hand that would allow her to afford the outright purchase of a vehicle. Therefore, Debtor will need to incur debt to finance the purchase of a vehicle.

9. Debtor seeks court approval to enter into a loan agreement with Haley Toyota or its assigns (the "Loan") to finance the purchase of a 2019 Toyota Avalon (the "Vehicle") or a substantially similar vehicle.

10. The terms of the proposed Loan are as follows:

   a. The total principal amount of the Loan is approximately $26,288.31;

   b. Interest will be charged at a fixed rate not to exceed 18.00%;

   c. The Loan will be amortized for no more than 60 months; and

   d. The monthly principal and interest payment will be approximately $641.00.

11. The Debtor will be making a down payment of $2,000.00 dollars; the source of the down payment will be coming from the Debtor's savings and employment earnings.

12. The Debtor asserts that incurring this Loan debt will not adversely impact her ability to make the required payments under the Plan.

13. Debtor further requests that the Court waive application of Federal Rule of Bankruptcy Procedure 6004(h) in the instant matter in order to facilitate the efficient purchase of the Vehicle.

WHEREFORE, Debtor respectfully requests that this Court enter an order (1) granting the instant motion, (2) permitting Debtor to incur the Loan debt set forth herein, or a loan with substantially similar terms, to finance the purchase of the Vehicle or a substantially similar vehicle, (3) waiving the applicability of Federal Rule of Bankruptcy Procedure 6004(h) to the order granting the instant motion, and (4) for such other and further relief as the Court deems proper.

> Respectfully submitted,
>
> DEBRA JEAN WALKER
>
> By Counsel:
>
> /s/ Laura T. Alridge
> Laura T. Alridge (VSB #42549)
> Boleman Law Firm, P.C.
> P. O. Box 11588
> Richmond, Virginia 23230-1588
> Telephone: (804) 358-9900
> Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on March 12, 2025, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, Chapter 13 trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, and to all creditors and parties of interest in the mailing matrix attached hereto.

> /s/ Laura T. Alridge
> Counsel for Debtor

| | | |
|---|---|---|
| Acima Credit<br>13907 Minuteman Dr<br>5th Floor<br>Draper, UT 84020 | Acima Leasing<br>9815 S. Monroe Str<br>Sandy, UT 84070 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84030-0281 |
| Celtic Bank Corp<br>268 Sotuh State St. Ste. 300<br>Salt Lake City, UT 84111 | Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218 | Continental Finance Company<br>P.O. BOX 8099<br>Newark, DE 19714-8099 |
| County of Mecklenburg<br>Sandra Langford, Treasurer<br>P.O. Box 250<br>Boydton, VA 23917 | Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 | Department of the Treasury<br>Internal Revenue Services<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Directv<br>P.O. Box 139004<br>DALLAS, TX 75313 | First Savings Bank<br>PO Box 5096<br>Sioux Falls, SD 57117 | Fortiva - MC/MABTC<br>PO Box 105555<br>Atlanta, GA 30348 |
| Mission Lane/Tab Bank<br>Po Box 105286<br>Atlanta, GA 30348 | Patient First<br>Attn: Patient Accounts<br>5000 Cox Road, Suite 100<br>Glen Allen, VA 23060 | Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541 |
| PRA Receivables Management<br>PO Box 41067<br>Norfolk, VA 23541 | Progressive Leasing<br>256 W Data Drive<br>Draper, UT 84020 | Receivable Management<br>PO Box 73810<br>Richmond, VA 23235 |
| Reflex/ Master card<br>PO Box 3220<br>Buffalo, NY 14240 | VCU health dba MCV Hospital<br>PO Box 980462<br>Richmond, VA 23298 | |